# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **CASEY FISHER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:20-cv-01828-PX |
| ) | |
| **FQSR, LLC d/b/a KBP FOODS and** ) | |
| **KBP INVESTMENTS, LLC** ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND DISMISSAL WITH PREJUDICE

WHEREAS, on January 4, 2021, both Parties and their respective counsel of record participated in a Settlement Conference session with Magistrate Judge Jillyn K. Schulze and thereafter continued to discuss settlement and reached an agreement on February 3, 2021; and

WHEREAS, the Parties have entered into a written settlement agreement, by which Plaintiff releases all claims and causes of action against the Defendants, including the claims asserted by her in this Action for discrimination based on race, color and national origin discrimination, sexual harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.

THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismiss the above-captioned matter with prejudice. This stipulation and dismissal completely terminates the above-entitled action against all parties. Each party will bear its/her own attorneys' fees and costs. The parties hereto also request that this court retain jurisdiction in order

to enforce the terms and conditions of the settlement and release.

June 22, 2021                               Respectfully submitted,

                                            /s/Angela J. Davis
                                            Angela J. Davis, Esq.
                                            The Davis Law Group
                                            P.O. Box 6775
                                            Columbia, MD 21045
                                            (301) 362-4575
                                            (301) 362-3391 (Fax)
                                            Counsel for Plaintiff

                                            /s/Samantha Sherwood Bononno
                                            Fisher & Phillips LLP
                                            Two Logan Square,12th Floor
                                            100 N. 18th Street
                                            Philadelphia, PA 19103
                                            (610) 230-2172
                                            Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CASEY FISHER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:20-cv-01828-PX |
| ) | |
| **FQSR, LLC d/b/a KBP FOODS and** ) | |
| **KBP INVESTMENTS, LLC** ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, the release by Plaintiff of all claims and potential claims she has or may have against Defendants for violation of Plaintiff's rights under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991 and any other applicable law(s) is hereby APPROVED; and IT IS

ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED

_____
Honorable PAULA XINIS
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel of record via the Court's CM/ECF system on this 22nd day of June 2021.

/s/Angela J. Davis
Angela J. Davis, Esq.
The Davis Law Group
P.O. Box 6775
Columbia, MD 21045
(301) 362-4575
(301) 362-3391 (Fax)
Counsel for Plaintiff